IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSIE LEE MURPHY, #231495, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:04-cv-1060-WKW |
| | )        (WO) |
| GLADYS DEESE, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on August 8, 2006 (Doc. # 15), it is hereby ORDERED that:

1. The Recommendation is ADOPTED.

2. This case is DISMISSED *without* prejudice for failure of the plaintiff to properly prosecute this action and her failure to comply with the orders of this court.

Done this the 25th day of August, 2006.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE