IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSIE LEE MURPHY, #231495, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:04-cv-1060-WKW |
| | )        (WO) |
| GLADYS DEESE, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. This case is DISMISSED *without* prejudice.

2. Costs are taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 25th day of August, 2006.

                           /s/ W. Keith Watkins
                           UNITED STATES DISTRICT JUDGE